IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT E. WHITAKER                                               PLAINTIFF

VS.                      CASE NO. 06-3018

HONORABLE R. JAMES NICHOLSON;
UNITED STATES SECRETARY OF
VETERAN AFFAIRS; and DEPARTMENT
OF VETERANS AFFAIRS                                              DEFENDANTS

## **O R D E R**

Currently before the Court is plaintiff's pro se **Motion for Summary Judgment (Doc. 7).** Defendants have not yet responded to plaintiff's complaint, having been granted an extension until July 19, 2006, in which to do so. Accordingly, plaintiff's motion is premature and is **DENIED** as such.

IT IS SO ORDERED this 29th day of June 2006.

/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE